**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

PAUL J. BENEC,                  :   No. 504 WAL 2016

            Petitioner         :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

            v.                    :

ARMSTRONG CEMENT & SUPPLY   :
CORP., DENNIS C. SNYDER AND DAVID   :
SNYDER,                          :

           Respondents     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.